STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiffs
UBISOFT ENTERTAINMENT, S.A. and
UBISOFT, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A., a French corporation and UBISOFT, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WELL GO USA, INC., a Texas corporation and DOES 1-10,<br><br>Defendants. | Case No. CV 13-4668 MWF (CWx)<br><br>*Assigned To: Hon. Michael W. Fitzgerald*<br><br>**ORDER RE DISMISSAL**<br><br><br>Action filed: June 27, 2013 |

86471-00055/1994035.1

ORDER RE DISMISSAL

Based upon the Stipulation between Plaintiff Ubisoft Entertainment, S.A. and Ubisoft, Inc. ("Plaintiffs") and Defendant Well Go USA, Inc. ("Defendant") (collectively, the "Parties") pursuant to FRCP 41(a)(1)(A)(ii) to dismiss action,

**IT IS HEREBY ORDERED** that:

1. The entire action is dismissed with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

3. The Court shall retain jurisdiction to enforce the parties' October 28, 2013 Settlement Agreement in the event of any alleged breach.

**IT IS SO ORDERED.**

Dated: November 1, 2013

_____
Hon. Michael W. Fitzgerald
United States District Court Judge

Respectfully submitted,

DATED: October 31, 2013      GREENBERG GLUSKER FIELDS
                             CLAMAN & MACHTINGER LLP


By: /s/ Aaron J. Moss
    AARON J. MOSS (SBN 190625)
    Attorneys for Plaintiffs UBISOFT
    ENTERTAINMENT, S.A. and
    UBISOFT, INC.

DATED: October 31, 2013      BARNES & THORNBURG LLP


By: /s/ Stephen R. Mick
    STEPHEN R. MICK (SBN 131569)
    Attorneys for Defendant WELL GO
    USA, INC.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590